IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| JAMES LEE CECIL, JR., ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 7:18-cv-00192 |
| ) | |
| v. ) | |
| ) | By: Elizabeth K. Dillon |
| DOUG BAKER, *et al.*, ) | United States District Judge |
| ) | |
| Defendants. ) | |

**FINAL ORDER OF DISMISSAL**

This case was brought by the *pro se* plaintiff, James Lee Cecil, Jr., on April 27, 2018. (Dkt. No. 1.) On May 1, 2018, the court granted him leave to proceed *in forma pauperis*, (Dkt. No. 3), and the clerk sent a copy of the *pro se* handbook and the blank summons forms to Mr. Cecil. Although the United States Marshal was directed to effect service, that could not be done until Mr. Cecil completed and returned the summons forms, which he has failed to do. On August 1, 2018, Cecil was notified that service had not been completed on any of the defendants and that the deadline for accomplishing such service had passed. (Dkt. No. 4.) In that notice, he was given fifteen days to notify the clerk that service had been accomplished and warned that if he failed to so notify the clerk, then the defendants would be dismissed from the suit without prejudice. (*Id.*) Since that time, no further action has been taken in this matter aside from his filing a notice of change of address on December 14, 2018. (Dkt. No. 5.)

In light of this background, this matter is hereby DISMISSED WITHOUT PREJUDICE because of plaintiff's failure to prosecute.

Entered: April 1, 2019.

/s/ *Elizabeth K. Dillon*
Elizabeth K. Dillon
United States District Judge